**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1844**

CHANDER KANT; ASHIMA K. KANT,

       Plaintiffs - Appellants,

    v.

JAY L. COHEN,

       Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:08-cv-00318-RWT)

Submitted: January 6, 2012        Decided: March 8, 2012

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chander Kant, Ashima K. Kant, Appellants Pro Se. Jay L. Cohen, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chander Kant and Ashima K. Kant appeal the district court's order affirming the clerk's order taxing costs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kant v. Cohen, No. 8:08-cv-00318-RWT (D. Md. filed July 11, 2011; entered July 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED